UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DRYWALL TAPERS AND PAINTERS OF GREATER
NEW YORK LOCAL UNION 1974, AFFILIATED
WITH INTERNATIONAL UNION OF ALLIED
PAINTERS AND ALLIED TRADES, AFL-CIO.,

               Petitioner,

               -against-

ISLAND PAINTING, INC.,

               Respondent.

25 CIVIL 05945 (JPO)

## JUDGMENT

It is hereby **ORDERED, ADJUDGED AND DECREED**: That for the reasons stated in the Court's Order dated June 30, 2026, the motion for summary judgment and the petition to confirm the arbitration award are GRANTED. Judgment entered in favor of Petitioner in the amount of $2,500.00, plus $4,320.00 in attorney's fees and $585.12 in costs arising out of filing the Petition. Post-judgment interest shall accrue at the statutory rate specified by 28 U.S.C. § 1961. See N.Y.C. Dist. Council of Carpenters v. Nguyen Custom Woodworking LLC, No. 18-CV-3970, 2018 WL 5919520, at *2 (S.D.N.Y. Nov. 13, 2018) (Nathan, J.) ("Awarding post-judgment interest under § 1961 is mandatory and applies to actions to confirm arbitration awards."); accordingly, the case is closed.

**Dated:**   New York, New York
         July 1, 2026

                                 **TAMMI M. HELLWIG**
                                   Clerk of Court

**BY:**

                                   Deputy Clerk